J. DAVID NICK (SBN 157687)
506 Broadway Street
San Francisco, CA 94133
Telephone: 415/986-5591
Facsimile: 415/421-1331

Attorney for Defendant
DAVID CHAVEZ SR.

FILED
AUG 2 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

　　　Plaintiff,

　　　v.

DAVID CHAVEZ SR.

　　　Defendant.

Case No. 07 CR 00192 AWI

PROPOSED ORDER
SHORTENING TIME.

GOOD CAUSE HAVING BEEN SHOWN: It is hereby ordered that time for hearing on the Motion to Reconsider the order of Detention, be shortened to reflect a hearing date of August 27, 2007, at 1:30 P.M., in front of the Honorable Judge Oliver W. Wanger.

IT IS SO ORDERED:

DATE: 8-20-07

_____
HON. OLIVER W. WANGER

1