1 | J. DAVID NICK (CAL SBN 157687)
99 OSGOOD PLACE, STE. 1
2 | SAN FRANCISCO, CA 94133
Telephone: (415) 552-4444
3
Attorney for Defendant
4 | DAVID CHAVEZ SR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:07-CR-00192 AWI |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER MODIFYING THE CONDITIONS OF RELEASE FOR DAVID CHAVEZ SR. |
| v. | |
| DAVID CHAVEZ SR., | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of release pertaining to defendant, DAVID CHAVEZ SR. with regard to electronically monitored home confinement shall be modified as follows:

Defendant shall participate in the curfew component of the remote location monitoring program and abide by all the requirements of the program which will include passive GPS tracking. The defendant shall pay all or part of the costs of the program based upon his ability to pay as determined by the Pretrial Services Officer. The defendant shall abide by a curfew whereby he is restricted to his residence every day from 9:00 pm to 5:00 am, or as directed by the Pretrial Services Officer. All other terms and conditions of pretrial release shall remain in full force and effect.

**IT IS SO STIPULATED**

Dated: 2/19/09           /s/ Karen Am Escobar
                         KAREN A. ESCOBAR
                         Assistant U.S. Attorney

Dated: 2/19/09
                         /s/ J. David Nick
                         J. DAVID NICK
                         Attorney for Defendant
                         DAVID CHAVEZ, SR.

1

1   IT IS SO ORDERED.

2   **Dated:     February 20, 2009**                               **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE

2