J. DAVID NICK (CAL SBN 157687)
99 OSGOOD PLACE, STE. 1
SAN FRANCISCO, CA 94133
Telephone: (415) 552-4444

Attorney for Defendant
DAVID CHAVEZ SR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID CHAVEZ SR.,

        Defendant.

1:07-CR-00192 AWI

STIPULATION AND ORDER MODIFYING THE CONDITIONS OF RELEASE FOR DAVID CHAVEZ SR.

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of release pertaining to defendant, DAVID CHAVEZ SR. with regard to counseling shall be vacated. Specifically, Pretrial Services is in agreement that the following condition of the defendant's pretrial release shall be vacated: "The defendant shall undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug/alcohol dependency, and pay for costs as approved by the Pretrial Services Officer."

**IT IS SO STIPULATED**

Dated: 05/05/09                            /s/ Kathleen Servatius
                                          KATHLEEN SERVATIUS
                                          Assistant U.S. Attorney

Dated: 05/05/09                            /s/ J. David Nick
                                          J. DAVID NICK
                                          Attorney for Defendant
                                          DAVID CHAVEZ, SR.

ORDER

IT IS SO ORDERED.

**Dated:   May 6, 2009**                **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE

1