**J. DAVID NICK, Esq.** (Cal. State Bar No. 157687)
LAW OFFICES OF J. DAVID NICK
345 Franklin Street
San Francisco, CA 94102
Tel: 415/552-4444
Fax: 415/358-5897
**Attorney for DAVID CHAVEZ, SR.**

# UNITED STATES DISTRICT COURT
## CEBTRAL DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID CHAVEZ , SR., et al.<br>　　　　Defendants. | NO. 1:07-cr-00192-AWI<br><br>ORDER ALLOWING DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT DAVID CHAVEZ SR. TO BE SPECIALLY SET ON TUESDAY JUNE 28, 2011 AT 1:30 P.M. |

　　　GOOD CAUSE HAVING BEEN SHOWN BY THE EX PARTE APPLICATION OF DEFEDANT; IT IS HEREBY ORDERED AS FOLLOWS:

　　　Defendant DAVID CHAVEZ Sr. **attorney's motion to withdraw is specially set for Tuesday June 28, 2011 at 1:30 P.M**.

IT IS SO ORDERED.

Dated:   June 17, 2011　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

- 1 -