(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR    Defendant, David Chavez, Sr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:07-CR-00192 AWI** |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE SENTENCING** |
| vs. ) | |
| DAVID CHAVEZ, SR., ) | Date: March 25, 2013 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | HON. ANTHONY W. ISHII |
| ) | Dept: 2 |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the sentencing hearing presently scheduled before the Honorable Anthony W. Ishii for March 25, 2013, at 10:00 a.m., be continued to either July 8, 2013, or July 15, 2013, at 10:00 a.m.

This continuance is requested due to the fact that defendant needs additional time in which to file a Sentencing Memorandum, and because Mr. Chavez's wife of 33 years has recently been diagnosed with Stage 4 Ovarian cancer and is undergoing various and extensive medical treatment wherein defendant is the driver for said appointments. Mrs. Chavez is in her second month of chemotherapy which is scheduled to be completed on July 2, 2013. In addition, she is required to attend periodic medical appointments, which include PET Scans, as well as injections to raise her white blood cell count. As to each and every medical appointment the defendant drives Mrs. Chavez, as there is no one else available to do so.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED:

DATED: March 20, 2013

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, David Chavez, Sr.

DATED:  March 20, 2013

/s/ Kathleen A. Servatius
_____
KATHLEEN A. SERVATIUS
Attorney for Plaintiff, United States of America

IT IS HEREBY ORDERED that the sentencing hearing presently set for March 25, 2013, at 10:00 a.m. is continued to **July 8, 2013**, at 10:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

Dated:   March 20, 2013                    _____
                                            SENIOR  DISTRICT  JUDGE