**FILED**
**DEC 06 2013**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No CR-07-192-AWI |
| ) | |
| vs. ) | ORDER EXONERATING BOND |
| ) | |
| David Chavez Sr. ) | |
| Defendant. ) | |
| ) | |

The above named defendant having surrendered to the facility

IT IS HEREBY ORDERED that the property bond posted be exonerated

The docket entry is dated 9/28/2007 and the deed number is 0207191520.

DATED: 12-5-13

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1