HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH LABAREE, Bar #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID CHAVEZ, SR.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 1:07-cr-00192-AWI-1 |
| Plaintiff, | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |
| v. | RETROACTIVE CRACK COCAINE REDUCTION CASE |
| DAVID CHAVEZ, SR., | |
| Defendant. | Judge:  Hon.  ANTHONY W. ISHII |

IT IS HEREBY STIPULATED by and between Benjamin Wagner,

U.S. Attorney, through Kathleen Servatius, Assistant United States Attorney,

attorney for Plaintiff, and Heather Williams, Federal Defender, through

Assistant Federal Defender, Hannah R. Labaree, attorney for David Chavez,

Sr. hereby stipulate and agree that the briefing schedule be set as follows:

Opposition due:  August 17, 2015

Reply due:  August 26, 2015

/ / /

/ / /

/ / /

/ / /

Dated:  August 7, 2015

                                 Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/ *Hannah R. Labaree*
                                 HANNAH R. LABAREE
                                 Assistant Federal Defender
                                 Attorney for Movant
                                 DAVID CHAVEZ, SR.

DATED:  August 7, 2015           BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ *Kathleen A. Servatius*
                                 KATHLEEN A. SERVATIUS
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## **ORDER**

    The Court orders that the proposed briefing schedule is adopted.

IT IS SO ORDERED.

Dated:   August 7, 2015

                                 _____
                                     SENIOR  DISTRICT  JUDGE