AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:07-cr-00192-AWI  Document 480  Filed 10/08/15  Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America )<br>v. )<br>David Chavez Sr. )<br> )<br>Date of Original Judgment: 07/08/2013 )<br>Date of Previous Amended Judgment: )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 1:07CR00192-001<br>USM No: 63518-097<br><br>Hannah Rose Labaree, FD<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  87  months **is reduced to**  70 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

***If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence. If the defendant is released from custody before November 1, 2015, this order will be of no effect. In no event is this Order to be understood as authorizing release prior to November 1, 2015 or authorizing a term of imprisonment less than the term actually served on November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated  07/11/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  10/08/2015                    /s/ ANTHONY W. ISHII
                                            *Judge's signature*

Effective Date:  11/01/2015                Senior United States District Judge Anthony W. Ishii
*(if different from order date)*            *Printed name and title*